No. 441. LEACH *v.* CALIFORNIA. Jurisdictional statement submitted December 17, 1932. Decided January 9, 1933.

580

*Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Hall* v. *Geiger-Jones Co.,* 242 U. S. 539; *Caldwell* v. *Sioux Falls Stock Yards Co.,* 242 U. S. 559; *Merrick* v. *N. W. Halsey & Co.,* 242 U. S. 568; *Sloman* v. *Security Trust Co.,* 281 U. S. 704; *Waters-Pierce Oil Co.* v. *Texas (No. 1),* 212 U. S. 86, 109; *Bandini Co.* v. *Superior Court,* 284 U. S. 8, 18; *Sproles* v. *Binford,* 286 U. S. 374, 393. *Mr. Jesse I. Miller* for appellant. *Messrs. U. S. Webb* and *Tracy Chatfield Becker* for appellee.